IN THE SUPREME COURT OF THE STATE OF MONTANA

IN RE: AMENDING RULES 41(e), 4, and 45 OF THE )
MONTANA RULES OF CIVIL PROCEDURE )　　ORDER

FILED

NOV 16 1999

*Ed Smith*
CLERK OF SUPREME COURT
STATE OF MONTANA

On September 28, 1999 the Court entered an order amending Rules 45, 41(e), and 4 of the Montana Rules of Civil Procedure, said amendments to become effective on January 1, 2000. Upon due consideration, the Court has determined to further amend Rule 4E(1).

Accordingly, by and under the authority vested in this Court in Article VII, Section 2(3), of the Constitution of the State of Montana,

IT IS HEREBY ORDERED that effective January 1, 2000, Rule 4E(1), M.R.Civ.P., is amended as follows: (Underscored material will be added to the Rule.)

Rule 4E. Time limit for issuance and service of process.

(1)   A plaintiff shall have 3 years after filing a complaint to have a summons issued and accomplish service. Unless appearance has been made by the defendant(s), the court, upon motion or on its own initiative, shall dismiss an action without prejudice if a plaintiff fails to either have the summons issued or fails to accomplish service within 3 years from the date of the filing of a complaint. The plaintiff shall file the summons with the clerk of the court within 30 days after service, however, failure to do so shall not affect the validity of service or serve as a basis for dismissal of said action.

IT IS FURTHER ORDERED that the Clerk of this Court shall prepare and mail copies of this Order to:

The Code Commissioner and Director of Legal Services for the State of Montana;

The District Judges of the State of Montana;

1

The Clerks of the District Courts of the State of Montana;

The Clerk of the United States District Court of the State of Montana;

James H. Goetz, Chairman of the Advisory Commission on Rules of Civil and Appellate Procedure;

The President and Executive Director of the State Bar of Montana with the request that this order be published in the next available issue of The Montana Lawyer; and

The State Reporter Publishing Company with the request that this Order be published in the State Reporter.

DATED this 16th day of November, 1999.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2